IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MYRA MATUTE**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THOMAS E. STRAUSS, INC.**, *et al.*, <br><br> *Defendants*. | **CIVIL ACTION NOS.** <br><br> **5:24-cv-00988-JLS** <br><br> **5:25-cv-00517-JLS** |
| **THE CHARTER OAK FIRE INSURANCE COMPANY, AS SUBROGEE OF THOMAS E. STRAUSS, INC. T/D/B/A AMISHVIEW INN AND SUITES,** <br><br> *Plaintiff*, <br><br> v. <br><br> **PENTAIR COMMERCIAL ICE LLC**, *et al.*, <br><br> *Defendants*. | |

**O R D E R**

**AND NOW**, this 11th day of September, 2025, upon consideration of the Motion to Dismiss filed by Third-Party Defendant Weaver Companies, Inc. ("Weaver"), ECF No. 113, and all responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1)    the Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**;

(2)    all claims asserted against Weaver Companies, Inc. by Third-Party Plaintiff Test Associates II, L.P. are **DISMISSED WITH PREJUDICE**, including:

- Count XVII ("Negligence");
- Count XVIII ("Contractual Defense and Indemnity"); and
- Count XIX ("Breach of Contract");

(3) all claims asserted against Weaver Companies, Inc. by Third-Party Plaintiff Thomas E. Strauss, Inc., except for Count XVII, are **DISMISSED WITH PREJUDICE**; and

(4) Count XVII, asserted by Thomas E. Strauss, Inc. against Weaver Companies, Inc. shall proceed.

BY THE COURT:


*/s/ Jeffery L. Schmehl*
**JEFFERY L. SCHMEHL, J.**